UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHARLES E. WALKER,

                Plaintiff,

                                        Case No. 1:24-cv-536

v.

                                        Honorable Jane M. Beckering

VITAL CORE HEALTH STRATEGIES et al.,

                Defendants.
_____/

## ORDER FOR SERVICE

This is a civil rights action brought by a county jail detainee under 42 U.S.C. § 1983. In a separate order, the Court has granted Plaintiff leave to proceed *in forma pauperis*. The Court has conducted an initial review of the complaint pursuant to 28 U.S.C. §§ 1915(e) and 1915A and 42 U.S.C. § 1997e(c), to determine whether it is frivolous, malicious, fails to state a claim upon which relief can be granted or seeks monetary relief against a defendant that is immune from such relief. Upon initial review, the Court concludes that the complaint is not subject to dismissal for any of the reasons listed above. Therefore:

**IT IS ORDERED** that the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Defendants Vital Core Health Strategies, Glenn Groom, Audria G., and Chuck Heit in the manner prescribed by Fed. R. Civ. P. 4(d)(2). If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

**IT IS FURTHER ORDERED** that the Defendants Vital Core Health Strategies, Groom, Audria G., and Heit shall file an appearance of counsel (individual Defendants may appear *pro se*

if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60

days after the waiver of service was sent. Until so ordered by the Court, no Defendant is required

to file an answer or motion in response to the complaint, and no default will be entered for failure

to do so. *See* 42 U.S.C. § 1997e(g)(1). After a Defendant has filed an appearance, proceedings in

this case will be governed by the Court's Standard Case Management Order in a Prisoner Civil

Rights Case.


Dated:   June 10, 2024                              /s/ Sally J. Berens
                                                    Sally J. Berens
                                                    United States Magistrate Judge