UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES E. WALKER,

    Plaintiff,

v.

VITALCORE HEALTH
STRATEGIES, LLC, et al.,

    Defendants.
_____/

Case No. 1:24-cv-536

HON. JANE M. BECKERING

## **ORDER**

    This is a civil rights action brought by a county jail detainee under 42 U.S.C. § 1983. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 18) on October 3, 2024, recommending that this action be dismissed with prejudice for Plaintiff's failure to prosecute. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 18) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that this case is DISMISSED WITH PREJUDICE for Plaintiff's failure to prosecute.

    **IT IS FURTHER ORDERED** that the Motions to Dismiss (ECF Nos. 12 & 14) are dismissed as moot.

    **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

      A Judgment will be entered consistent with this Order.

Dated: October 31, 2024                       /s/ Jane M. Beckering  
                                                                 JANE M. BECKERING  
                                                                  United States District Judge